UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Tenasia Patricia Martin,

                         Plaintiff,

-against-

Commissioner of Social Security,

                         Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/10/2020

1:20-cv-01003 (AT) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

In accordance with the Court's July 9, 2020 Order (ECF No. 14), the Commissioner's motion for judgment on the pleadings was due by August 3, 2020.[1] The Commissioner shall file his motion no later than August 17, 2020. Plaintiff shall file her opposition no later than October 16, 2020 and the Commissioner shall file his reply, if any, no later than November 6, 2020.

**SO ORDERED.**

DATED:       New York, New York
               August 10, 2020

_____
STEWART D. AARON
United States Magistrate Judge

---

[1] The Order granted the Commissioner's Letter Motion requesting an extension of time until August 1, 2020, which was a Saturday. Thus, the motion was due the following Monday, August 3, 2020.