```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/18/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Tenasia Patricia Martin,

                              Plaintiff,

-against-

Commissioner of Social Security,

                              Defendant.

1:20-cv-01003 (AT) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

      It is hereby Ordered that the parties are directed to appear for a telephone conference in this action on Friday, October 9, 2020 at 10:00 a.m. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

      It is further Ordered that, prior to the conference, the parties shall meet and confer regarding the Commissioner's proposal to remand this action for further proceedings, in an attempt to reach a consensual resolution.

**SO ORDERED.**

DATED:      New York, New York
                September 18, 2020

_____
STEWART D. AARON
United States Magistrate Judge