UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Tenasia Patricia Martin,

                         Plaintiff,

-against-

Commissioner of Social Security,

                         Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/25/2020

1:20-cv-01003 (AT) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

    On September 17, 2020, the Commissioner filed a motion for judgment on the pleadings seeking to remand this case to the Social Security Administration for further administrative proceedings. (Comm'r Notice of Mot., ECF No. 20.) In accordance with the Scheduling Order, Plaintiff, who is proceeding *pro se*, was to file her cross-motion or opposition within sixty days. (Scheduling Order, ECF No. 8.) Thus, the deadline for Plaintiff to file her opposition was November 16, 2020. As of the date of this Order, the Court has yet to receive Plaintiff's opposition.

    Accordingly, it is hereby Ordered that Plaintiff file any opposition on or before December 16, 2020. Alternatively, if Plaintiff agrees to remand this action for further administrative proceedings, she shall contact Defendant's counsel to execute a stipulation to that effect. If Plaintiff fails to timely file an opposition or enter a stipulation, the Court will consider the Commissioner's motion fully briefed.

**SO ORDERED.**

DATED: New York, New York
November 25, 2020

_____
STEWART D. AARON
United States Magistrate Judge

2