UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/20/2021
```

TENASIA PATRICIA MARTIN,

     Plaintiff,

-against-          20 Civ. 1003 (AT) (SDA)

COMMISSIONER OF SOCIAL SECURITY,  **ORDER**

     Defendant.

ANALISA TORRES, District Judge:

  Having received no objections to the Report and Recommendation (the "R&R"), ECF No. 25, of the Honorable Stewart D. Aaron, the Court reviewed the R&R for clear error, and found none. *Santiago v. Colvin*, No. 12 Civ. 7052, 2014 WL 1092967, at *1 (S.D.N.Y. Mar. 17, 2014).

  The Court, therefore, ADOPTS the R&R in its entirety. Accordingly, Defendant's motion for judgment on the pleadings to remand is GRANTED, and this matter is REMANDED to the administrative law judge pursuant to sentence four of 42 U.S.C. § 405(g), for further proceedings consistent with the R&R.

  The Clerk of Court is directed to terminate the motion at ECF No. 20, close the case, and mail a copy of this order to Plaintiff *pro se*.

  SO ORDERED.

Dated: January 20, 2021
   New York, New York

                   ANALISA TORRES
                   United States District Judge