**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
TENASIA PATRICIA MARTIN,
                Plaintiff,                      20 **CIVIL** 1003 (AT)(SDA)

       -against-                              **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,
                Defendant.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 20, 2021, having received no objections to the Report and Recommendation of the Honorable Stewart D. Aaron, the Court reviewed the R&R for clear error, and found none. Santiago v. Colvin, No. 12 Civ. 7052, 2014 WL 1092967, at *1 (S.D.N.Y. Mar. 17, 2014). The R&R is ADOPTED in its entirety. Accordingly, Defendant's motion for judgment on the pleadings to remand is GRANTED, and this matter is REMANDED to the administrative law judge pursuant to sentence four of 42 U.S.C. § 405(g), for further proceedings; accordingly, the case is closed.

**Dated:**  New York, New York
          January 21, 2021

                                                         **RUBY J. KRAJICK**
                                                          **Clerk of Court**
                                    **BY:**     *K. Mango*
                                                           **Deputy Clerk**